FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV 28 PM 3:03
NOV 28 2001
LORETTA G. WHYTE
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * *

| | | |
|---|---|---|
| MACK CORMIER | * | CIVIL ACTION |
| VERSUS | * | NO. 01-2195 |
| JEFFERSON PARISH SHERIFF'S DEPARTMENT, ET AL | * | SECTION "E" (2) |

* * * * * * * * * * * * * *

### ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, **Sheriff Harry Lee**, who answers Petitioner's Complaint, as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted.

### SECOND DEFENSE

The court is without jurisdiction in this matter inasmuch as there is no diversity of citizenship between the parties hereto.

### THIRD DEFENSE

The Court is without jurisdiction in this matter inasmuch as the amount in controversy, exclusive of interest and costs does not exceed the sum and value of $50,000.00.

### FOURTH DEFENSE

The Court is without jurisdiction as to all claims asserted by the plaintiff in this matter inasmuch as the

Fee_____
Process_____
X Dktd_____
CtRmDep____
Doc.No._____

Complaint fails to state a proper claim for relief under the Constitution of the United States or any United States Statute.

### FIFTH DEFENSE

Defendant herein pleads the limitation of liability provided for by the Louisiana Statutes.

### SIXTH DEFENSE

That the plaintiff, by virtue of his own actions and conduct, was guilty of negligence and/or contributory negligence and/or assumption of the risk, all of which will be more fully shown at the trial of this matter.

### SEVENTH DEFENSE

That any action taken by any of the defendant's deputies, were taken in good faith, with probable cause, without malice and under laws believed to be constitutional, thereby entitling the defendants to the defense of qualified immunity.

### EIGHTH DEFENSE

Defendants categorically and paragraph by paragraph allege and aver as follows:

I.

The allegations contained in paragraph No. 1 of petitioner's Complaint are denied for lack of sufficient information upon which to justify a belief therein.

II.

The allegations contained in paragraph No. 2 of petitioner's Complaint state conclusions of law and hence

require no response from these defendant; however, out of an abundance of caution said allegations are denied.

III.

The allegations contained in paragraph No. 3 are denied for lack of sufficient information upon which to justify a belief therein.

IV.

The allegations contained in paragraph No. 4 are denied for lack of sufficient information upon which to justify a belief therein.

V.

The allegations contained in paragraph No. 5 of petitioner's Complaint are denied for lack of sufficient information upon which to justify a belief therein.

VI.

The allegations contained in paragraph No. 6 of petitioner's Complaint are admitted as to the status of Sheriff Harry Lee; all others are denied for lack of sufficient information upon which to justify a belief therein.

VII.

The allegations contained in paragraph No. 7 of petitioner's Complaint are denied.

VIII.

The allegations contained in paragraph No. 8 of petitioner's Complaint are denied for lack of sufficient

information upon which to justify a belief therein.

IX.

The allegations contained in paragraph No. 9 of petitioner's Complaint are denied.

X.

The allegations contained in paragraph No. 10 of petitioner's Complaint are denied for lack of sufficient information upon which to justify a belief therein.

XI.

The allegations contained in paragraph No. 11 of petitioner's Complaint are denied for lack of sufficient information upon which to justify a belief therein.

XII.

The allegations contained in paragraph No. 12 of petitioner's Complaint are denied for lack of sufficient information upon which to justify a belief therein.

XIII.

The allegations contained in paragraph No. 13 of petitioner's Complaint are denied for lack of sufficient information upon which to justify a belief therein.

XIV.

The allegations contained in paragraph No. 14 of petitioner's Complaint are denied for lack of sufficient information upon which to justify a belief therein.

XV.

The allegations contained in paragraph No. 15 of petitioner's Complaint are denied.

XVI.

The allegations contained in paragraph No. 16 of petitioner's Complaint are admitted.

**WHEREFORE** defendant, **Sheriff Harry Lee,** pray that this Answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of defendants, and against petitioner, dismissing petitioner's Complaint with prejudice and at his cost.

Respectfully submitted,

**MARTINY & CARACCI**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
(504) 834-7676

BY: _____
DANIEL R. MARTINY (9012)
FRANZ L. ZIBILICH (14914)
Attorneys for Defendant,
Sheriff Harry Lee

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of Nov, 20 01, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed and first class postage prepaid.

_____