

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MACK CORMIER | * | CIVIL ACTION |
| VERSUS | * | NO. 01-2195 |
| JEFFERSON PARISH, ET AL | * | SECTION "E" (2) |

### MOTION TO DISMISS

ON MOTION of plaintiff, Mack Cormier, through undersigned counsel in the herein matter, and on suggesting to this Honorable Court that this case has been compromised and settled and accordingly, plaintiff desires to dismiss from the herein suit, Sheriff Harry Lee, as well as their respective agents, employees, servants, executive officers, insureds, insurers, assigns, and all other persons or firms in the herein matter.

IT IS ORDERED BY THE COURT, that the above entitled and numbered case be, and the same is hereby dismissed each party to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

_____
RONALD L. WILSON, ESQ.
Attorney At Law
FNBC Building - Suite 1800
210 Baronne Street
New Orleans, Louisiana 70112
(504) 525-4361

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ____ day of _____, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____

DATE OF ENTRY
NOV 2 5 2003

___ Fee_____
_X_ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No.___